USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUL 0 2 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

BOARD OF TRUSTEES OF OPERATING
ENGINEERS PENSION TRUST, On Behalf of
Itself and All Others Similarly Situated,

                                 Plaintiff,

    -v-

JPMORGAN CHASE BANK, N.A.,

                               Defendant.

------------------------------------------------------------X

09 Civ. 9333 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

       The Court has received defendant's letter motion dated June 28, 2013 and plaintiff's response dated July 1, 2013. The Court hereby DENIES the relief defendant requests at this time. The Court shall review the submissions in opposition to class certification and if, based on statements or footnotes made in those submissions, it becomes clear that relief is warranted, the Court may provide defendant with an opportunity to take additional discovery and make an additional submission. The Court shall only allow renewal of the motion after class certification is fully briefed, if at all.

       SO ORDERED.

Dated:     New York, New York
             July 2, 2013

                                                   _____
                                                   KATHERINE B. FORREST
                                                  United States District Judge