```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 26 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BOARD OF TRUSTEES OF OPERATING
ENGINEERS PENSION TRUST, On Behalf of
Itself and All Others Similarly Situated,

                Plaintiff,

-v-

JPMORGAN CHASE BANK, N.A.,

                Defendant.

------------------------------------------------------------X

09 Civ. 9333 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

On July 26, 2013, the parties informed the Court that they reached a settlement in principal. In light of that representation, it is hereby

ORDERED that:

1. The parties shall, not later than **August 12, 2013**, submit any materials in support of the fairness their settlement, including at least:

   a. The proposed settlement; and

   b. A breakdown of what portion of that settlement will go toward attorneys' fees.

2. All other outstanding deadlines and hearings are adjourned.

SO ORDERED:

Dated:    New York, New York
            July 26, 2013

_____
KATHERINE B. FORREST
United States District Judge