UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――― x
THE BOARD OF TRUSTEES OF THE          : Civil Action No. 09-cv-09333(KBF)
OPERATING ENGINEERS PENSION           :
TRUST, on Behalf of Itself and All Others  : CLASS ACTION
Similarly Situated,                   :
                                      : NOTICE OF MOTION FOR FINAL
              Plaintiff,              : APPROVAL OF SETTLEMENT AND PLAN
                                      : OF ALLOCATION OF SETTLEMENT
   vs.                                : PROCEEDS, AND AN AWARD OF
                                      : ATTORNEYS' FEES AND EXPENSES AND
JPMORGAN CHASE BANK, NATIONAL         : LEAD PLAINTIFF'S CASE
ASSOCIATION,                          : CONTRIBUTION AWARD
                                      :
              Defendant.              :
                                      :
―――――――――――――――――――――――― x

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

   PLEASE TAKE NOTICE that upon: (i) the Joint Declaration of Stephen R. Astley and Robert A. Izard affirmed on October 22, 2013; (ii) the Declaration of Stephen R. Astley affirmed on October 22, 2013; (iii) the Declaration of Robert A. Izard affirmed on October 21, 2013; (iv) the Declaration of Joseph Ehrbar affirmed on October 16, 2013; (v) the Stipulation of Settlement dated August 16, 2013 and the Exhibits annexed thereto; (vi) the Declaration of Carole K. Sylvester affirmed on October 21, 2013; (vii) Lead Plaintiff's Memorandum of Law in Support of Motion for Final Approval of Settlement and Plan of Allocation of Settlement Proceeds; (viii) Lead Counsel's Memorandum of Law in Support of Motion for an Award of Attorneys' Fees and Expenses and Lead Plaintiff's Case Contribution Award; and (ix) all other proceedings herein, Lead Plaintiff will move this Court, before the Honorable Katherine B. Forrest, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street,

885925_1

New York, New York on November 19, 2013, at 1:00 p.m., for entry of orders and judgments pursuant to Rule 23 of the Federal Rules of Civil Procedure (1) finally approving the settlement of the captioned litigation, (2) approving the Plan of Allocation of settlement proceeds, and (3) awarding Lead Counsel attorneys' fees plus expenses in the litigation and Lead Plaintiff's Case Contribution Award.

DATED: October 22, 2013

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER (*pro hac vice*)
STEPHEN R. ASTLEY (*pro hac vice*)
SABRINA E. TIRABASSI (*pro hac vice*)


              s/ Stephen R. Astley
            STEPHEN R. ASTLEY

120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
sastley@rgrdlaw.com
stirabassi@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
ROBERT M. ROTHMAN
DAVID A. ROSENFELD
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
rrothman@rgrdlaw.com
drosenfeld@rgrdlaw.com

IZARD NOBEL LLP
ROBERT A. IZARD (*pro hac vice*)
SETH KLEIN (*pro hac vice*)
29 South Main Street, Suite 215
West Hartford, CT  06107
Telephone:  860/493-6292
860/493-6290 (fax)

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 22, 2013.

<div style="margin-left:50%">

s/ Stephen R. Astley
STEPHEN R. ASTLEY

ROBBINS GELLER RUDMAN
&amp; DOWD LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

E-mail:  sastley@rgrdlaw.com

</div>

# Mailing Information for a Case 1:09-cv-09333-KBF

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Stephen R. Astley**
  sastley@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **David Alan Berman**
  dberman@paulweiss.com

- **William Edward Bernarduci**
  wbernarduci@izardnobel.com

- **Lewis Richard Clayton**
  lclayton@paulweiss.com

- **Mark J. Dearman**
  mdearman@rgrdlaw.com,tseymore@rgrdlaw.com,scoverman@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Paul J. Geller**
  pgeller@rgrdlaw.com

- **Paul Jeffrey Geller**
  pgeller@rgrdlaw.com

- **Michael L. Greenwald**
  mgreenwald@mgjdlaw.com

- **Jonathan Hillel Hurwitz**
  jhurwitz@paulweiss.com

- **Robert A. Izard**
  rizard@izardnobel.com

- **Jesse Stine Johnson**
  jjohnson@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Mark Peter Kindall**
  firm@izardnobel.com

- **Howard B. Levi**
  hlevi@llf-law.com

- **Richard Franklin Lubarsky**
  rlubarsky@llf-law.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Elizabeth A. Shonson**
  eshonson@rgrdlaw.com

- **Sabrina Elsa Tirabassi**
  stirabassi@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Adam David Weiss**
  adam.weiss@llf-law.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Sheri M. Coverman**
Robbins Geller Rudman & Dowd LLP
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432

**Stacey Kaplan**
Robbins Geller Rudman & Dowd LLP (San Diego)
655 West Broadway
Suite 1900
San Diego, CA 92101