UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
BOARD OF TRUSTEES OF                    :
OPERATING ENGINEERS PENSION    :
TRUST, On Behalf of Itself and All           :
Others Similarly Situated,                       :
                                                              :        09 Civ. 9333 (KBF)
                   Plaintiff,                            :
         -v-                                                :        ORDER
                                                              :
JPMORGAN CHASE BANK, N.A.,       :
                                                              :
                   Defendant.                       :
------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

On October 22, 2013, the Court received plaintiffs' materials in support of their request for final approval of the settlement and plan of allocation in this action.

The Court hereby ORDERS plaintiffs to submit contemporaneous billing statements – or other similar such evidence – indicating the time spent by each of plaintiffs' attorneys in connection with this action.

These materials shall be submitted no later than **November 11, 2013**.

SO ORDERED.

Dated:    New York, New York
             October 28, 2013

                                                    _____
                                                    KATHERINE B. FORREST
                                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: OCT 28 2013