UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| THE BOARD OF TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, on Behalf of Itself and All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,<br><br>　　　　　　　　　　Defendant. | Civil Action No. 09-cv-09333-KBF<br><br>CLASS ACTION<br><br>NOTICE OF MOTION AND LEAD PLAINTIFF'S MOTION FOR DISTRIBUTION OF NET SETTLEMENT FUND |

915655_1

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Lead Plaintiff, by and through its undersigned attorneys, hereby moves this Court, before the Honorable Katherine B. Forrest, United States District Judge, at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, for an order pursuant to Rule 23(e) of the Federal Rules of Civil Procedure: (i) approving the calculations and administrative determinations of Gilardi & Co. LLC ("Gilardi"), the Court-approved claims administrator for the settlement of the above-captioned action, concerning the claims submitted herein; (ii) directing payment of $16,472.30 out of the Settlement Fund to Gilardi for the balance of its fees and expenses incurred and to be incurred in connection with the administration of the Settlement and the distribution of the Net Settlement Fund; (iii) directing distribution of the Net Settlement Fund, after deduction of the payment requested herein, to Class Members whose Acknowledgement, Receipt, and Release forms ("Acknowledgement") have been accepted; (iv) authorizing transfer to defendant JPMorgan Chase Bank, through its counsel Paul, Weiss, Rifkind, Wharton & Garrison LLP, of paper copies of Acknowledgement records one year after distribution of the Net Settlement Fund, and authorizing destruction of electronic copies of Acknowledgement records three years after distribution of the Net Settlement Fund; and (v) for such other and further relief as this Court deems appropriate. Lead Plaintiff's motion is based upon the accompanying Affidavit of Michael Joaquin of Gilardi, the Declaration of Ellen Gusikoff Stewart on behalf of Lead Counsel, and upon all other pleadings and matters herein.

915655_1

| | |
|---|---|
| DATED:  June 17, 2014 | Respectfully submitted, |
| | ROBBINS GELLER RUDMAN<br>    & DOWD LLP<br>PAUL J. GELLER (*pro hac vice*)<br>STEPHEN R. ASTLEY (*pro hac vice*)<br>SABRINA E. TIRABASSI (*pro hac vice*) |
| | s/ Stephen R. Astley<br>STEPHEN R. ASTLEY |
| | 120 East Palmetto Park Road, Suite 500<br>Boca Raton, FL  33432<br>Telephone:  561/750-3000<br>561/750-3364 (fax)<br>pgeller@rgrdlaw.com<br>sastley@rgrdlaw.com<br>stirabassi@rgrdlaw.com |
| | ROBBINS GELLER RUDMAN<br>    & DOWD LLP<br>ELLEN GUSIKOFF STEWART<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101-8498<br>Telephone:  619/231-1058<br>619/231-7423 (fax)<br>elleng@rgrdlaw.com |
| | ROBBINS GELLER RUDMAN<br>    & DOWD LLP<br>SAMUEL H. RUDMAN<br>ROBERT M. ROTHMAN<br>DAVID A. ROSENFELD<br>58 South Service Road, Suite 200<br>Melville, NY  11747<br>Telephone: 631/367-7100<br>631/367-1173 (fax)<br>srudman@rgrdlaw.com<br>rrothman@rgrdlaw.com<br>drosenfeld@rgrdlaw.com |

IZARD NOBEL LLP
ROBERT A. IZARD (*pro hac vice*)
SETH KLEIN (*pro hac vice*)
29 South Main Street, Suite 215
West Hartford, CT  06107
Telephone:  860/493-6292
860/493-6290 (fax)

Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 17, 2014.

        s/ Stephen R. Astley
        STEPHEN R. ASTLEY

        ROBBINS GELLER RUDMAN
           & DOWD LLP
        120 East Palmetto Park Road, Suite 500
        Boca Raton, FL  33432
        Telephone:  561/750-3000
        561/750-3364 (fax)

        E-mail:  sastley@rgrdlaw.com

915655_1

# Mailing Information for a Case 1:09-cv-09333-KBF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Stephen R. Astley**
  sastley@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **David Alan Berman**
  dberman@paulweiss.com

- **William Edward Bernarduci**
  wbernarduci@izardnobel.com

- **Lewis Richard Clayton**
  lclayton@paulweiss.com

- **Mark J. Dearman**
  mdearman@rgrdlaw.com,tseymore@rgrdlaw.com,scoverman@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Paul J. Geller**
  pgeller@rgrdlaw.com

- **Paul Jeffrey Geller**
  pgeller@rgrdlaw.com

- **Michael L. Greenwald**
  mgreenwald@mgjdlaw.com

- **Jonathan Hillel Hurwitz**
  jhurwitz@paulweiss.com

- **Robert A. Izard**
  rizard@izardnobel.com

- **Jesse Stine Johnson**
  jjohnson@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Mark Peter Kindall**
  firm@izardnobel.com

- **Howard B. Levi**
  hlevi@llf-law.com

- **Richard Franklin Lubarsky**
  rlubarsky@llf-law.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Elizabeth A. Shonson**
  eshonson@rgrdlaw.com

- **Ellen Anne Gusikoff Stewart**
  elleng@rgrdlaw.com

- **Sabrina Elsa Tirabassi**
  stirabassi@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Adam David Weiss**
  adam.weiss@llf-law.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Sheri              M. Coverman
Robbins Geller Rudman & Dowd LLP
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432

Stacey             Kaplan
Robbins Geller Rudman & Dowd LLP (San Diego)
655 West Broadway
Suite 1900
San Diego, CA 92101
```